UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>HELLER EHRMAN LLP,<br>    Debtor. | Chapter: 11<br>Case No.: 08-32514 |
| HELLER EHRMAN LLP,[1]<br>    Debtor In Possession,<br>vs.<br>BETTER ENERGY SYSTEMS LTD., an unregistered foreign corporation; BETTER ENERGY SYSTEMS LLC, a California Limited Liability Company; BETTER ENERGY SYSTEMS, INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br>    Defendants. | Adversary Proceeding No: 09-3225<br><br>**STIPULATION FOR BINDING MANDATORY FEE ARBITRATION AND FOR RELIEF FROM STAY** |

1. On February 4, 2010, defendants Better Energy Systems Ltd., Better Energy Systems LLC, and Better Energy Systems, Inc. filed a Client's Request for Resolution of a Fee Dispute with the Bar Association of San Francisco ("BASF"), indicating that the arbitration was for advisory purposes only.

---

[1] Federal Tax I.D. No. XX-XXX-7308; 333 Bush Street , San Francisco, CA 94104
Firm File No. 8375

- 1 -

STIPULATION FOR BINDING MANDATORY FEE ARBITRATION AND FOR RELIEF FROM STAY

Case: 09-03225    Doc# 8    Filed: 06/24/10    Entered: 06/24/10 09:54:58    Page 1 of 3

<mark>2.</mark> Heller Ehrman LLP and defendants have since agreed that the BASF arbitration shall be binding.

3. BASF is concerned that the bankruptcy stay precludes it from proceeding with the arbitration. Heller Ehrman LLP hereby stipulates to relief from the bankruptcy stay in order to, and to the extent necessary, to permit this binding arbitration to proceed to conclusion, provided however, that Better Energy Systems LLC shall have no right to receive any actual monetary recovery of any kind absent further order of the Bankruptcy Court.

Dated: March 26, 2010          ADLER LAW FIRM

By: _____
Joel D. Adler
Special Collection Counsel for HELLER
EHRMAN LLP, Debtor in Possession

Dated: March 26, 2010          HELLER EHRMAN LLP, a California Limited
                                Liability Partnership (Debtor In Possession)

By: _____
Shelly Salinero, Its Authorized Representative

Dated: March 25, 2010          DHILLON & SMITH LLP

By: _____
Harold P. Smith
Attorneys for Defendants BETTER ENERGY
SYSTEMS, LTD., BETTER ENERGY
SYSTEMS LLC and BETTER ENERGY
SYSTEMS, INC.

<mark>ADLER LAW FIRM</mark>
101 Montgomery Street, Suite 2050
San Francisco, California 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

Firm File No. 8375               - 2 -               Case No. 09-3225

<mark>STIPULATION FOR BINDING MANDATORY FEE ARBITRATION AND RELIEF FROM STAY</mark>

Case: 09-03225   Doc# 8   Filed: 06/24/10   Entered: 06/24/10 09:54:58   Page 2 of 3

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

Dated: February 17, 2010

BETTER ENERGY SYSTEMS, LTD., BETTER ENERGY SYSTEMS LLC and BETTER ENERGY SYSTEMS, INC.

By: _____
Christopher Hornor, Its Authorized Representative