

Signed and Filed: June 24, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>HELLER EHRMAN LLP,<br>    Debtor. | Chapter: 11<br>Case No.: 08-32514 |
| HELLER EHRMAN LLP,[1/]<br>    Debtor In Possession,<br>    vs.<br>BETTER ENERGY SYSTEMS LTD., an unregistered foreign corporation; BETTER ENERGY SYSTEMS LLC, a California Limited Liability Company; BETTER ENERGY SYSTEMS, INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br>    Defendants. | Adversary Proceeding No: 09-3225<br><br>**ORDER AND ASSIGNMENT TO BINDING MANDATORY FEE ARBITRATION AND RELIEF FROM STAY** |

    The Court, having considered the stipulation of the parties agreeing to binding mandatory fee arbitration before the Bar Association of San Francisco, and agreeing to relief from the automatic stay to conduct such proceedings,

    IT IS HEREBY ORDERED that this matter be resolved through binding mandatory fee arbitration before the Bar Association of San Francisco, and that defendants shall

---

[1/] Federal Tax I.D. No. XX-XXX-7308; 333 Bush Street , San Francisco, CA 94104
Firm File No. 8375

- 1 -

have no right to receive any actual monetary recovery of any kind absent further order of the Bankruptcy Court.

This Order has been approved
as to form and content

_____
Thomas A. Willoughby
Counsel for the Creditors' Committee

**END OF ORDER**

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

Case: 09-03225   Doc# 9   Filed: 06/24/10   Entered: 06/28/10 11:06:08   Page 2 of 2